UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases        )
                                                                      )
                                                                      )   Misc. No. 11-mc-88-M-LDA
                                                                      )

## FOURTH BATCHED REQUEST FOR PERMISSION TO DISBURSE ESCROWED USE & OCCUPANCY FEES RELATIVE TO CASES INVOLUNTARILY DISMISSED

The below cases have all been dismissed, either for non-compliance with payment obligations, non-compliance with Orders, or on motion by defendants. Prior to dismissal, the Special Master had received and held in escrow certain Use & Occupancy payments. Because the dismissals were the result of sanctions for noncompliance or on motion by defendants, the Special Master deems it appropriate that the escrowed funds be remitted to the defendants.

1. **Dismissed for Non-Compliance with Payment Obligations**

The below cases were all dismissed for non-compliance with payment obligations. In accordance with the above, the Special Master seeks permission to disburse all escrowed Use & Occupancy funds in the following cases, in the amounts indicated, to the named defendants via payment to their counsel of record.

**CA 12-316**    **DiPrete v. Mortgage Electronic Registration Systems, Inc. et al**
The sum of $4,920 to Mortgage Electronic Registration Systems, Inc., and BAC Home Loan Servicing, LP. (Disbursement to be made to Harris Weiner, as attorney for Mortgage Electronic Registration Systems, Inc., and BAC Home Loan Servicing, LP).

1

CA 12-384    **Diaz v. Wells Fargo Bank, NA et al**
The sum of $4,950 to be paid to Wells Fargo Bank, N.A. (Disbursement to be made to LeClairRyan, as attorney for Wells Fargo Bank, N.A).

CA 12-612    **Hernandez et al v MERS et al**
The sum of $2,900 to be paid to Mortgage Electronic Registration Systems, Inc., and Bank of America. (Disbursement to be made to Harris Weiner, as attorney for Mortgage Electronic Registration Systems, Inc., and Bank of America).

CA 12-620    **Harlow v. NorthWest Mortgage, Inc. et al**
The sum of $1,660 to be paid to Green Tree Servicing, LLC. (Disbursement to be made to Harmon Law Offices, P.C., as attorney for Green Tree Servicing, LLC).

CA 12-950    **Rodriguez et al v. JP Morgan Chase Bank, N.A. et al**
The sum of $4,380 to be paid to JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Chase Home Finance, LLC. (Disbursement to be made to Partridge, Snow, and Hahn, LLP, as attorney for JP Morgan Chase Bank, N.A., Mortgage Electronic Registration Systems, Inc., and Chase Home Finance, LLC).

CA 13-010    **Serrano v. Federal National Mortgage Association et al**
The sum of $1,140 to be paid to Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc. (Disbursement to be made to Harmon Law Office, P.C., as attorney for Federal National Mortgage Association and Mortgage Electronic Registration Systems, Inc).

CA 13-143    **Linkous v. Mortgage Electronic Registration Systems et al**
The sum of $1,290 to be paid to Mortgage Electronic Registration Systems, Inc., and US Bank, National Association. (Disbursement to be made to Orlans Moran, PLLC, as attorney for Mortgage Electronic Registration Systems, Inc., and US Bank, National Association).

2. **Dismissed on Motion by Defendant**

The below cases were dismissed based upon motions by defendants. In accordance with the above, the Special Master seeks permission to disburse all escrowed Use & Occupancy funds in the following cases, in the amount indicated, to the named defendants via payment to their counsel of record.

CA 12-840    **Urbina v. Mortgage Electronic Registration Systems et al**
The sum of $4,140 to be paid to Mortgage Electronic Registration Systems, Inc., and JP Morgan Chase Bank, National Association. (Disbursement to be made to

Partridge, Snow, and Hahn, LLP, as attorney for Mortgage Electronic Registration Systems, Inc., and JP Morgan Chase Bank, National Association).

CA 13-137  **Vargas v. Chase Bank, USA, NA et al**
The sum of $800 to be paid to Chase Bank USA, N.A., and Mortgage Electronic Registration Systems, Inc. (Disbursement to be made to Partridge, Snow, and Hahn, LLP, as attorney for Chase Bank USA, N.A., and Mortgage Electronic Registration Systems, Inc).

_____          10/1/13
Merrill W. Sherman                                   Date
Special Master

MWS/es